UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| NICOLE HABERLE, : | |
| in her own right, on behalf of her two minor : | |
| children, and as administrator for : | |
| the Estate of Timothy Nixon, deceased, : | |
| : | |
| Plaintiff, : | |
| v. : | No. 5:15-cv-02804 |
| : | |
| OFFICER DANIEL TROXELL; : | |
| MAYOR CARL STYRE; : | |
| PRESIDENT DAN CHIAVAROLI; : | |
| VICE-PRESIDENT LARRY STOUDT; : | |
| COUNCIL MEMBER JOHN SAMUS; : | |
| COUNCIL MEMBER MICAEL KOPACH; : | |
| COUNCIL MEMBER FRANK MAUREK; : | |
| COUNCIL MEMBER CHARLES DONELLO; : | |
| COUNCIL MEMBER CARL FISCHL; : | |
| JOHN/JANE DOE POLICE STAFF #1-X; : | |
| THE BOROUGH OF NAZARETH, : | |
| : | |
| Defendants. : | |

_____

**O R D E R**

AND NOW, this 29th day of March, 2016, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 18, is **GRANTED**. The Clerk of Court shall close this case.[1]

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]  Plaintiff has not requested leave to amend, nor suggested the existence of any allegations not contained in the Amended Complaint. While leave to amend must be afforded even when not requested, see Phillips v. Cty. of Allegheny, 515 F.3d 224, 245 (3d Cir. 2008), that is not the case when amendment would be futile. For the reasons set forth in the Memorandum Opinion, the deficiencies in Plaintiff's claims could not be cured by amendment.