UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE HABERLE,<br>As Administrator for<br>the Estate of TIMOTHY NIXON, Deceased,<br><br>          Plaintiff,<br>    v.<br><br>THE BOROUGH OF NAZARETH,<br><br>          Defendant. | No. 5:15-cv-02804 |

## **O R D E R**

**AND NOW**, this 2nd day of October, 2018, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss, ECF No. 39, is **GRANTED**.

2. Plaintiff's Second Amended Complaint, ECF No. 38, is **DISMISSED with prejudice**.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge